UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 25-CR-316 (DSD/DJF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v.      Plaintiff, | )  **ORDER** |
| | ) |
| | ) |
| CHRISTOPHER LEE SMITH, | ) |
| | ) |
|      Defendant. | ) |

Timothy Campbell Warner, Assistant United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, counsel for Plaintiff.

Robert Meyers, Assistant Federal Defender, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, counsel for Defendant.

---

Mr. Smith has moved to modify the conditions of his release. With no objection from probation or the government, and good cause appearing, the Motion is GRANTED. Mr. Smith's conditions of release are modified as follows: the location-monitoring condition and the curfew condition are removed.

All other previously ordered release conditions remain in effect.

Dated: February 12, 2026         /s David S. Doty_____
                                 David S. Doty, Judge
                                 United States District Court